UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAITLIN KELLY HENRY, ET AL, <br><br> Plaintiffs, <br><br> v. <br><br> DEPARTMENT OF JUSTICE, <br><br> Defendant. <br> _____/ | No. C-13-05924 DMR <br><br> **ORDER VACATING CASE MANAGEMENT CONFERENCE AND SETTING BRIEFING AND HEARING SCHEDULE ON PARTIES' MOTIONS** |

The court has reviewed the parties' joint case management statement and VACATES the case management conference scheduled for July 2, 2014. The court adopts the parties' proposed briefing schedule for the cross motions for summary judgment, as follows:

Defendant's motion for summary judgment: September 25, 2014

Plaintiffs' opposition and cross motion for summary judgment: October 16, 2014

Defendant's reply brief and opposition to Plaintiffs' motion for summary judgment:
November 6, 2014

Plaintiffs' single joint reply brief: November 27, 2014

The court will hold a hearing on the parties' motions on **January 8, 2014 at 11:00 a.m.**

IT IS SO ORDERED.

1 | Dated: June 30, 2014

DONNA M. RYU
United States Magistrate Judge