UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAITLIN KELLY HENRY, ET AL, | No. C-13-05924 DMR |
| Plaintiffs, | **AMENDED ORDER VACATING CASE MANAGEMENT CONFERENCE AND SETTING BRIEFING AND HEARING SCHEDULE ON PARTIES' MOTIONS** |
| v. | |
| DEPARTMENT OF JUSTICE, | |
| Defendant. | |
| _____/ | |

The court has reviewed the parties' joint case management statement and VACATES the case management conference scheduled for July 2, 2014. The court adopts the parties' proposed briefing schedule for the cross motions for summary judgment, as follows:

Defendant's motion for summary judgment: September 25, 2014

Plaintiffs' opposition and cross motion for summary judgment: October 16, 2014

Defendant's reply brief and opposition to Plaintiffs' motion for summary judgment: November 6, 2014

Plaintiffs' single joint reply brief: November 27, 2014

The court will hold a hearing on the parties' motions on **January 8, 2015 at 11:00 a.m.**

IT IS SO ORDERED.

Dated: July 17, 2014

_____
DONNA M. RYU
United States Magistrate Judge