UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAITLIN KELLY HENRY, et al., <br> Plaintiffs, <br> v. <br> DEPARTMENT OF JUSTICE, <br> Defendant. | Case No. 13-cv-05924-DMR <br><br> **JUDGMENT** |

On September 1, 2015, the Court granted Defendant Department of Justice's motion for summary judgment. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment in favor of Defendant and against Plaintiffs Caitlin Kelly Henry and Jesse Stout. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: September 2, 2015



DONNA M. RYU
United States Magistrate Judge